704

No. 1221. RINGLING BROTHERS-BARNUM & BAILEY COMBINED SHOWS, INC. *v.* SHEPPARD, COMPTROLLER, ET AL. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Hanse Harrison Hamilton* for petitioner. *Messrs. Gerald C. Mann,* Attorney General of Texas, *Pat M. Neff, Jr.,* and *George W. Barcus,* Assistant Attorneys General, for respondents.

No. 1275. ENTERPRISE BOX CO. *v.* HOLLAND, ADMINISTRATOR. June 8, 1942. The motion to substitute L. Metcalfe Walling, present Administrator of the Wage and Hour Division, U. S. Department of Labor, in the place and stead of Thomas W. Holland is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Martin Caraballo* for petitioner. *Solicitor General Fahy* and *Mr. Warner W. Gardner* for respondent.

No. 943. CONTINENTAL BAKING CO. *v.* BUMPUS. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. A. L. Heiskell* and *J. H. Shepherd* for petitioner. *Mr. William G. Cavett* for respondent. *Solicitor General Fahy* and *Mr. Warner W. Gardner* filed a memorandum on behalf of the Administrator of the Wage and Hour Division, U. S. Dept. of Labor, as *amicus curiae.*

No. 1184. OWENS *v.* COMMISSIONER OF INTERNAL REVENUE. June 8, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *O. O. Owens, pro se. Solicitor General Fahy, Assistant*